No. 1932, Misc., October Term, 1969. DEDMON *v.* CRAVEN, WARDEN, 398 U. S. 941;

No. 1941, Misc., October Term, 1969. DOMER *v.* UNITED STATES, 398 U. S. 953;

No. 1946, Misc., October Term, 1969. KALEC *v.* LASH, WARDEN, 398 U. S. 953;

No. 1994, Misc., October Term, 1969. CARSON *v.* ELROD, SUPERINTENDENT, DEPARTMENT OF PUBLIC WELFARE, 398 U. S. 942; and

No. 1999, Misc., October Term, 1969. BENSON *v.* UNITED STATES ET AL., 398 U. S. 943. Petitions for rehearing denied. MR. JUSTICE MARSHALL and MR. JUSTICE BLACKMUN took no part in the consideration or decision of these petitions.

No. 1508, October Term, 1969. POWELL *v.* COMMITTEE ON ADMISSIONS AND GRIEVANCES ET AL., 398 U. S. 951. Petition for rehearing denied. THE CHIEF JUSTICE, MR. JUSTICE MARSHALL, and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 1514, October Term, 1969. SABINO *v.* SUPERIOR COURT OF LOS ANGELES COUNTY ET AL., 398 U. S. 959;

No. 1520, October Term, 1969. HORTON *v.* NORTH CAROLINA, 398 U. S. 959;

No. 1524, October Term, 1969. WILLIAMS *v.* WILLIAMS, 398 U. S. 959;

No. 531, Misc., October Term, 1969. COOK *v.* UNITED STATES, 398 U. S. 968;

No. 2039, Misc., October Term, 1969. CURL *v.* BURKE, WARDEN, 398 U. S. 966; and

No. 2100, Misc., October Term, 1969. FLETCHER *v.* WAYCHOFF, DISTRICT ATTORNEY OF GREENE COUNTY, PENNSYLVANIA, ET AL., 398 U. S. 967. Petitions for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions.